622

for petitioner.  *Mr. Robert Newbegin* for respondent.

No. 393.  NORTH WESTERN REFRIGERATOR LINE CO. *v.* ERVIN ET AL., RECEIVERS.  October 14, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. Harry Eugene Kelly* and *Albert S. Bozeman* for petitioner.  *Messrs. Carl Fox* and *Rufus Creekmore* for respondents.

No. 394.  CLIFTON MANUFACTURING CO. *v.* UNITED STATES.  October 14, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Messrs. William A. Sutherland* and *Joseph B. Brennan* for petitioner.  *Solicitor General Reed, Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *Carlton Fox* for the United States.

No. 395.  ALLEN ET AL. *v.* BETHEA ET AL.  October 14, 1935.  Petition for writ of certiorari to the Supreme Court of South Carolina denied.  *Mr. Henry E. Davis* for petitioners.  No appearance for respondents.

No. 397.  LAKE'S LAUNDRY, INC. *v.* BRAUN ET AL.  October 14, 1935.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *Mr. Archibald Palmer* for petitioner.  *Messrs. Duane R. Dills, Harold C. Mendelson,* and *Abraham S. Rudnick* for respondents.